■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DARRYL MARACLE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, Peo-*

*ple v Crawford,* 71 AD2d 38). (Appeal from judgment of Erie County Court, La Mendola, J.—violation of probation.) Present —Dillon, P. J., Callahan, Pine, Lawton and Davis, JJ.